UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRUCE D. COPELAND, )<br>               Appellant, )<br>)<br>V. )<br>)<br>MARJORIE K. LYNCH, )<br>US BANKRUPTCY ADMINISTRATOR )<br>EDNC AND SCOTT A. MCKELLAR, )<br>CHAPTER 7 TRUSTEE, )<br>DENIS E. BERGERON )<br>1UP ALLSTAR SERVICENTERS, LLC, )<br>               Appellees. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:15-CV-372-D**<br>**CASE NO. 5:15-CV-373-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the judgment of the bankruptcy court in each appeal is AFFIRMED.

**This Judgment Filed and Entered on September 13, 2016, and Copies To:**

| | |
|---|---|
| Bruce D. Copeland | (Mailed to 402 S. Hadden Ave., El Reno, OK 73036 via US Mail) |
| 1Up AllStar Servicenters, LLC | (Mailed to 3800 Opportunity Ln., Raleigh, NC 27603 via US Mail) |
| Brian Charles Behr | (via CM/ECF Notice of Electronic Filing) |
| A. Scott McKellar | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE:<br>September 13, 2016 | JULIE RICHARDS JOHNSTON, CLERK<br>(By) /s/ Nicole Briggeman<br>     Deputy Clerk |